IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GELZINIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUST 4 WHEELS, et al. | : | NO. 2:15-cv-5245 |

ORDER

AND NOW, this 20th day of March 2017, after careful and independent consideration of

the parties' filing and review of the Report and Recommendation by United States Magistrate

Judge Timothy Rice (Doc. No. 99), it is hereby ORDERED as follows:

1. The Report and Recommendation (Doc. No. 99) is APPROVED and ADOPTED.

2. Plaintiff Richard Gelzinis' Objections (Doc. No. 100) are OVERRULED. The main thrust of Plaintiff's objections was that he did not believe that Judge Rice informed him at the settlement conference on February 3, 2017, that any agreement made at the conference would be binding. Instead, Plaintiff purported that he believed he had twenty-four hours to decide, that he changed his mind on February 4, and that he informed his attorney of such. The parties again met with Judge Rice, on February 7. Subsequently, Plaintiff has agreed that the settlement terms reached during the February 3, 2017 conference was binding, and that the parties settled this matter.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.